UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARIE MINNS,<br><br>   Plaintiff,<br><br>   v.<br><br>ADVANCED CLINICAL EMPLOYMENT STAFFING LLC,<br><br>   Defendants. | No. C 13-3249 SI<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      February 20, 2014<br>Mediator:  David Meadows |

   IT IS HEREBY ORDERED that the request to excuse plaintiff Marie Minns from appearing in person at the February 20, 2014, mediation before David Meadows is GRANTED. Ms. Minn shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

   IT IS SO ORDERED.

February 11, 2014                By: _____
Dated                                Maria-Elena James
                                     United States Magistrate Judge