United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIE MINNS,

    Plaintiff,

v.

ADVANCED CLINICAL EMPLOYMENT STAFFING LLC,

    Defendant.
_____/

No. C 13-03249 SI

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

On March 14, 2014, plaintiff filed a motion for leave to file a third amended complaint. Defendant has filed a statement of non-opposition to the motion, and accordingly the motion is GRANTED and the April 18, 2014 hearing on the motion is VACATED. Docket No. 33. Plaintiff shall file the third amended complaint by March 31, 2014.

**IT IS SO ORDERED.**

Dated: March 28, 2014

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE