*GRANTED*
Judge Susan Illston

1  ANDRUS ANDERSON LLP
   Lori E. Andrus (Bar No. 205816)
2  155 Montgomery Street
   San Francisco, CA 94104
3  Tel:   (415) 986-1400
   Fax:   (415) 986-1474
4
   CHAVEZ & GERTLER LLP
5  Jonathan E. Gertler (Bar No. 111531)
   Dan L. Gildor (Bar No. 223027)
6  42 Miller Avenue
   Mill Valley, California 94941
7  Tel:   (415) 381-5599
   Fax:   (415) 381-5572
8
   Attorneys for Plaintiffs MARIE MINNS, KEMBERLY BRIGGS,
9  the Aggrieved Employees, and the Proposed Class

10  *Additional Counsel Listed on Signature Page*

11
                UNITED STATES DISTRICT COURT
12
        NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION
13

| | |
|---|---|
| MARIE MINNS and KEMBERLY BRIGGS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED CLINICAL EMPLOYMENT STAFFING LLC, SUTTER EAST BAY HOSPITALS dba ALTA BATES SUMMIT MEDICAL CENTER, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:13-CV-03249-SI<br><br>**STIPULATION FOR PLAINTIFFS TO FILE FIFTH AMENDED COMPLAINT** |
| ADVANCED CLINICAL EMPLOYMENT STAFFING LLC,<br><br>Third Party Complainant,<br><br>vs.<br><br>HRN SERVICES INC.,<br><br>Third Party Defendant. | |

   WHEREAS, Plaintiffs Marie Minns and Kemberly Briggs desire to file a Fifth Amended

1 | Complaint adding HRN Services, Inc. ("HRN") as a Defendant, and adding a new Class
2 | Representative;
3 |     WHEREAS, Defendants Advanced Clinical Employment Staffing LLC and Sutter East
4 | Bay Hospitals dba Alta Bates Summit Medical Center, and third party defendant, HRN Services,
5 | Inc. do not object to Plaintiffs filing a Fifth Amended Complaint;
6 |     WHEREFORE, the parties, by and through their counsel of record, stipulate and agree that
7 | Plaintiffs may file a Fifth Amended Complaint in the above-captioned matter.
8 |     IT IS SO STIPULATED.

DATED:  August 19, 2014                ANDRUS ANDERSON LLP


By:     */s/ Lori E. Andrus*
                Lori Andrus

Attorneys for Plaintiffs
MARIE MINNS AND KEMBERLY BRIGGS

DATED:  August 19, 2014                SEVERSON & WERSON
                                       A Professional Corporation


By:     */s/ Harold R. Jones*
                Harold R. Jones

Attorneys for Defendant
ADVANCED CLINICAL EMPLOYMENT
STAFFING, LLC

| | | |
|---|---|---|
| 1 | DATED: August 19, 2014 | GRUBE BROWN & GEIDT LLP |
| 2 | | |
| 3 | | By: _/s/ Thomas E. Geidt_ |
| 4 | | Thomas E. Geidt |
| 5 | | Attorneys for Defendant |
| 6 | | SUTTER EAST BAY HOSPITALS DBA ALTA BATES SUMMIT MEDICAL CENTER |
| 7 | DATED: August 25, 2014 | LEADER COUNSEL |
| 8 | | |
| 10 | | By: |
| | | Jon M. Leader |
| 11 | | |
| 12 | | Attorneys for Defendant HRN SERVICES, INC. |

**ECF CERTIFICATION**

Pursuant to Civil L.R. 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: August 25, 2014                             /s/ *Lori E. Andrus*

                                                   ANDRUS ANDERSON LLP
                                                   Lori E. Andrus (Bar No. 205816)
                                                   155 Montgomery Street
                                                   San Francisco, CA 94104
                                                   Tel.:   (415) 986-1400
                                                   Fax:   (415) 986-1474