|     |                                                                                                                                        |                                                                  |
| --- | -------------------------------------------------------------------------------------------------------------------------------------- | ---------------------------------------------------------------- |
|     | UNITED STATES DISTRICT COURT                                                                                                           |                                                                  |
|     | NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION                                                                               |                                                                  |
|     | MARIE MINNS, KEMBERLY BRIGGS, DOUGLAS CAMERON, individually and on behalf of all others similarly situated and aggrieved,              | Case No. 3:13-CV-03249-SI                                         |
|     |                                                                                                                                        | [~~PROPOSED~~] ORDER REGARDING CASE MANAGEMENT                    |
|     | Plaintiffs,                                                                                                                            |                                                                  |
|     | vs.                                                                                                                                    |                                                                  |
|     | ADVANCED CLINICAL EMPLOYMENT STAFFING LLC, SUTTER EAST BAY HOSPITALS dba ALTA BATES SUMMIT MEDICAL CENTER, and HRN SERVICES, INC.,      |                                                                  |
|     | Defendants.                                                                                                                            |                                                                  |

For good cause shown, the Motion for Class Certification shall be filed no later than February 11, 2015, with any Oppositions due 28 days after the Motion for Class Certification is filed, the Reply due 21 days after Oppositions are filed; and the Class Certification hearing to be held 14 days later, or at the Court's convenience. The motion hearing will be set 2/27/15 @ 9 a.m.

IT IS SO ORDERED.

DATED: \_\_\_\_10/28_____, 2014

_____
Susan Illston
United States District Judge

3:13-CV-03249-SI

[PROPOSED] ORDER REGARDING CASE MANAGEMENT