ANDRUS ANDERSON LLP
Lori E. Andrus (Bar No. 205816)
155 Montgomery Street
San Francisco, CA 94104
Tel:   (415) 986-1400
Fax:   (415) 986-1474

CHAVEZ & GERTLER LLP
Jonathan E. Gertler (Bar No. 111531)
Dan L. Gildor (Bar No. 223027)
42 Miller Avenue
Mill Valley, California 94941
Tel:   (415) 381-5599
Fax:   (415) 381-5572

Attorneys for Plaintiffs MARIE MINNS, KEMBERLY BRIGGS, DOUGLAS CAMERON, the Aggrieved Employees, and the Proposed Class

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE MINNS, KEMBERLY BRIGGS, DOUGLAS CAMERON, individually and on behalf of all others similarly situated and the aggrieved employees,<br><br>                Plaintiffs,<br><br>       vs.<br><br>ADVANCED CLINICAL EMPLOYMENT STAFFING LLC, SUTTER HEALTH SYSTEM, EAST BAY HOSPITALS dba ALTA BATES SUMMIT MEDICAL CENTER, and HRN SERVICES, INC.,<br><br>                Defendants. | Case No:  3:13-CV-03249-SI<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE MANAGEMENT** |
| ADVANCED CLINICAL EMPLOYMENT STAFFING LLC,<br><br>              Third Party Complainant,<br><br>       vs.<br><br>HRN SERVICES INC.,<br><br>              Third Party Defendant. | |

1    WHEREAS, there is a hearing on Plaintiffs Marie Minns, Kemberly Briggs, and Douglas
2 Cameron's Motion for Class Certification scheduled for 9:00 a.m. on Friday, May 8, 2015;
3    WHEREAS, Plaintiffs' attorney is unavailable to attend a hearing on May 8, 2015;
4    WHEREAS, Defendants Advanced Clinical Employment Staffing LLC and Sutter East
5 Bay Hospitals dba Alta Bates Summit Medical Center, and third party defendant, HRN Services,
6 Inc. do not object to continuing the hearing;
7    WHEREFORE, the parties, by and through their counsel of record, stipulate and agree to
8 continue the hearing on Plaintiffs' Motion for Class Certification to May 15, 2015, or as soon
9 thereafter as the Court's schedule will allow.
10    IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 28, 2015                ANDRUS ANDERSON LLP

By: ___/s/ Lori E. Andrus___
    Lori E. Andrus

Lori E. Andrus (Bar No. 205816)
155 Montgomery Street
San Francisco, CA 94104
Tel.: (415) 986-1400
Fax: (415) 986-1474

*Counsel for Plaintiffs and the Proposed Class*

Dated: April 28, 2015                SEVERSON & WERSON

By: ___/s/ Harold R. Jones___
    Harold R. Jones

Rhonda L. Nelson (Bar No. 116043)
Joel L. Halverson (Bar No. 174649)
Harold R. Jones (Bar No. 209266)
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Tel.: (415) 398-3344
Fax: (415) 956-0439

3:13-CV-03249-SI

STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT

| | | |
|---|---|---|
| 1 | | *Counsel for Defendant and Third Party Complainant Advanced Clinical Employment Staffing, LLC* |
| 2 | | |
| 3 | | |
| 4 | Dated:  April 28, 2015 | GRUBE BROWN & GEIDT LLP |
| 5 | | By:     */s/ Thomas E. Geidt*         <br>        Thomas E. Geidt |
| 6 | | |
| 7 | | Thomas E. Geidt (Bar No. 080955)<br>E. Jeffrey Grube (Bar No. 167324) |
| 8 | | Elizabeth A. Brown (Bar No. 235429)<br>49 Stevenson Street, Suite 400 |
| 9 | | San Francisco, CA 94105<br>Tel.: (415) 603-5000 |
| 10 | | Fax: (415) 840-7210 |
| 11 | | *Counsel for Defendant Sutter East Bay Hospitals dba Alta Bates Summit Medical Center* |
| 12 | | |
| 13 | | |
| 14 | Dated:  April 28, 2015 | LEADER COUNSEL |
| 15 | | By:    */s/ Jon M. Leader*          <br>        Jon M. Leader |
| 16 | | |
| 17 | | Jon M. Leader (Bar No. 147059)<br>1990 S. Bundy Drive, #390 |
| 18 | | Los Angeles, CA 90025<br>Tel.: (310) 696-3300 |
| 19 | | Fax: (310) 696-3305 |
| 20 | | *Counsel for Defendant HRN Services, Inc.* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3:13-CV-03249-SI

STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT

**ECF CERTIFICATION**

Pursuant to Civil L.R. 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: April 28, 2015                                      */s/ Lori E. Andrus*

ANDRUS ANDERSON LLP
Lori E. Andrus (Bar No. 205816)
155 Montgomery Street
San Francisco, CA 94104
Tel.:   (415) 986-1400
Fax:   (415) 986-1474

3:13-CV-03249-SI

STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIE MINNS, KEMBERLY BRIGGS, DOUGLAS CAMERON, individually and on behalf of all others similarly situated and aggrieved,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED CLINICAL EMPLOYMENT STAFFING LLC, SUTTER EAST BAY HOSPITALS dba ALTA BATES SUMMIT MEDICAL CENTER, and HRN SERVICES, INC.,<br><br>Defendants. | Case No. 3:13-CV-03249-SI<br><br>[~~PROPOSED~~] ORDER REGARDING CASE MANAGEMENT |

For good cause shown, the hearing on Plaintiffs' Motion for Class Certification shall be continued to May 15, 2015 at 9:00 a.m.

IT IS SO ORDERED.

DATED: \_\_\_\_4/29/15\_\_\_\_, 2015

_____
Susan Illston
United States District Judge