UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIE MINNS, et al.,

        Plaintiffs,

    v.

ADVANCED CLINICAL EMPLOYMENT STAFFING LLC, et al.,

        Defendants.

Case No. 13-cv-03249-SI  (SI)

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: n/a at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: September 30, 2015.

DESIGNATION OF EXPERTS: 10/1/15; REBUTTAL: 10/12/15;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: October 30, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by; November 13, 2015;
    Opp. Due: November 30, 2015; Reply Due: December 7, 2015;
    and set for hearing no later than December 18, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 2, 2016 at 3:30 PM.

JURY TRIAL DATE: February 16, 2016 at 8:30 AM.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff is given leave to file an Amended Complaint.
The Court will issue an Amended Order Certifying the Class.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 8/7/15

_____
SUSAN ILLSTON
United States District Judge