1  CHAVEZ & GERTLER LLP
   Jonathan E. Gertler (Bar No. 111531)
2  Dan L. Gildor (Bar No. 223027)
   42 Miller Avenue
3  Mill Valley, California 94941
   Tel:   (415) 381-5599
4  Fax:   (415) 381-5572

5  ANDRUS ANDERSON LLP
   Lori E. Andrus (Bar No. 205816)
6  155 Montgomery Street
   San Francisco, CA 94104
7  Tel:   (415) 986-1400
   Fax:   (415) 986-1474
8
   Attorneys for Plaintiffs, the Class and Subclass,
9  and the Aggrieved Employees

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                         **SAN FRANCISCO DIVISION**

13

14 MARIE MINNS, KEMBERLY BRIGGS,      )   Case No:  C 13-03249 SI
   DOUGLAS CAMERON, individually and on )
15 behalf of all others similarly situated and )   **CLASS ACTION**
   aggrieved,                         )
16                                    )
                                      )
17        Plaintiffs,                 )   **[PROPOSED] ORDER AMENDING**
                                      )   **CLASS CERTIFICATION ORDER**
18    vs.                             )
                                      )
19 ADVANCED CLINICAL EMPLOYMENT       )
   STAFFING LLC, SUTTER EAST BAY      )
20 HOSPITALS dba ALTA BATES SUMMIT    )
   MEDICAL CENTER, and HRN SERVICES,  )
21 INC.,                              )
                                      )
22        Defendants.                 )

23

24

25

26

27

28

[PROPOSED] ORDER AMENDING CLASS CERTIFICATION ORDER

1   On June 2, 2015, the Court certified the first, second, third, ninth, eleventh and twelfth

2   causes of action for class treatment on behalf of a class defined as:

3   All present and former nurses who were placed to work by Advanced Clinical
    Employment Staffing LLC ("ACES") in California health care facilities on a temporary
4   basis during labor disputes at any time during the four years preceding the filing of this
    action through such time as this action is pending;
5

6   and a subclass defined as:

7   All present and former nurses who were hired by HRN Services, Inc. to be placed to work
    by ACES in California health care facilities on a temporary basis during labor disputes at
8   any time during the four years preceding the filing of this action through such time as this
    action is pending.
9

10  The Court also certified the fourth, fifth, seventh, and eighth causes of action for class

11  treatment on behalf of a class defined as:

12  All present and former nurses who were placed to work by Advanced Clinical
    Employment Staffing LLC ("ACES") in California health care facilities on a temporary
13  basis during labor disputes at any time during the four years preceding the filing of this
    action through such time as this action is pending;
14

15  Subsequent to the leave granted Plaintiffs to amend the complaint to add a subclass

16  representative, Plaintiffs have amended their complaint to add Celena Parks, who was employed

17  by HRN during labor disputes in May 2012 and October 2012, as a named plaintiff.

18  In light of the addition of Ms. Parks as a plaintiff, the Court hereby amends its June 2,

19  2015 order and certifies the fourth, fifth, seventh, and eighth causes of action for class treatment

20  on behalf of a subclass defined as:

21  All present and former nurses who were hired by HRN Services, Inc. to be placed to work
    by ACES in California health care facilities on a temporary basis during labor disputes at
22  any time during the four years preceding the filing of this action through such time as this
    action is pending.
23
    Ms. Parks is hereby appointed as representative of the subclasses above.
24

25  IT IS SO ORDERED.

26  DATED: ___8/31/15_____    _____
                                    HON. SUSAN ILLSTON
27                                  U.S. DISTRICT JUDGE

28

1
[PROPOSED] ORDER AMENDING CLASS CERTIFICATION ORDER