UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE MINNS, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED CLINICAL EMPLOYMENT STAFFING LLC, et al.,<br><br>Defendants. | Case No. 13-cv-03249-SI<br><br>**ORDER RE: AMENDED PROPOSED ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Re: Dkt. No. 149 |

The Court has signed the proposed amended order granting preliminary approval of the class action settlement. The Court notes that the class notice attached as Exhibit A to the proposed order does not list the name of the recently-added subclass representative, Celena Parks. *See* Dkt. 149-1 ¶ 4. As such, the class notice will need to be revised to include Ms. Parks' name before notice is mailed. In addition, the parties will need to revise the notice to include the administrator's contact information as well as the specific dates for class members to exclude themselves, file objections, dispute claims, etc. *See id*. at ¶¶ 7, 11, 12, 22, 24, 27.

**IT IS SO ORDERED**.

Dated: September 2, 2015

_____
SUSAN ILLSTON
United States District Judge