CHAVEZ & GERTLER LLP
Jonathan E. Gertler (Bar No. 111531)
Dan L. Gildor (Bar No. 223027)
42 Miller Avenue
Mill Valley, California 94941
Tel:   (415) 381-5599
Fax:  (415) 381-5572

ANDRUS ANDERSON LLP
Lori E. Andrus (Bar No. 205816)
155 Montgomery Street
San Francisco, CA 94104
Tel:   (415) 986-1400
Fax:  (415) 986-1474

Attorneys for Plaintiffs, the Class and Subclass
and the Aggrieved Employees

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIE MINNS, KEMBELRY BRIGGS, DOUGLAS CAMERON, and CELENA PARKS, individually and on behalf of all others similarly situated and the aggrieved employees,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED CLINICAL EMPLOYMENT STAFFING LLC, SUTTER EAST BAY HOSPITALS dba ALTA BATES SUMMIT MEDICAL CENTER, and HRN SERVICES, INC.,<br><br>Defendants. | Case No: CV-13-3249-SI<br><br>**CLASS ACTION**<br><br>[PROPOSED] ORDER GRANTING REQUEST TO BE EXCUSED FROM ATTENDING MEDIATION IN PERSON |

This matter having come before the Magistrate Judge on Plaintiffs' request to be excused from attending the settlement conference in person, and the Court having fully considered the matter and good cause appearing therefor, the Magistrate Judge hereby GRANTS Plaintiffs' request to be excused. Plaintiffs Marie Minns, Kemberly Briggs, Douglas Cameron and Celena

Parks shall be available via telephone throughout the day and into the evening of September 9, 2015.

IT IS SO ORDERED.

Dated: September 4, 2015

Hon. Elizabeth D. LaPorte
Magistrate Judge
Northern District of California

[PROPOSED] ORDER EXCUSING IN PERSON ATTENDANCE AT SETTLEMENT CONFERENCE